```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 05 B 15364
   HATTIE PEARSON
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

       Debtor
   SSN XXX-XX-2909

------------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 04/20/2005 and was confirmed 06/06/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was paid in full 09/11/2007.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                             PAID         PAID
------------------------------------------------------------------------------
ALLIED INTERSTATE          UNSEC W/INTER   NOT FILED           .00           .00
CITY OF CHICAGO PARKING    UNSEC W/INTER      774.34         48.45        774.34
COMMONWEALTH EDISON        UNSEC W/INTER   NOT FILED           .00           .00
HEMATOLOGY ONCOLOGY ASS    UNSEC W/INTER   NOT FILED           .00           .00
PEOPLES GAS LIGHT & COKE   UNSEC W/INTER         .00           .00           .00
RUSH OAK PARK HOSPITAL     UNSEC W/INTER   NOT FILED           .00           .00
AMC MORTGAGE SERVICES      MORTGAGE ARRE    2561.78            .00       2561.78
CITY OF CHICAGO WATER DE   SECURED           362.63            .00         362.63
AMC MORTGAGE SERVICES      CURRENT MORTG        .00            .00            .00
BENNIE W FERNANDEZ         DEBTOR ATTY     2,144.00                      2,144.00
TOM VAUGHN                 TRUSTEE                                         302.84
DEBTOR REFUND              REFUND                                        1,236.96

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                    RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE             7,431.00

PRIORITY                                          .00
SECURED                                      2,924.41
UNSECURED                                      774.34
    INTEREST                                    48.45
ADMINISTRATIVE                               2,144.00
TRUSTEE COMPENSATION                           302.84
DEBTOR REFUND                                1,236.96
                    --------------        --------------
TOTALS              7,431.00                 7,431.00
```

PAGE  1 - CONTINUED ON NEXT PAGE
     CASE NO. 05 B 15364 HATTIE PEARSON

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 01/03/08 | /s/ Tom Vaughn<br>_____<br>TOM VAUGHN<br>CHAPTER 13 TRUSTEE |

PAGE   2
CASE NO. 05 B 15364 HATTIE PEARSON